UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The Board of Trustees, et al.,

No.  C  08-01137-EMC

           Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

    v.

AcousticTec,

           Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 12, 2008
_____

_____
Signature

Counsel for  Plaintiffs
_____
(Plaintiff, Defendant or indicate "pro se")