1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA L. HILLMAN, Bar No. 208599
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES OF THE           ) No.    C 08-01137 EMC
    CARPENTERS HEALTH AND WELFARE          )
    TRUST FUND FOR CALIFORNIA;             )
12  CARPENTERS VACATION-HOLIDAY TRUST )
    FUND FOR NORTHERN CALIFORNIA;          ) **PROOF OF SERVICE**
13  CARPENTERS PENSION TRUST FUND FOR )
    NORTHERN CALIFORNIA; CARPENTERS        )
14  ANNUITY TRUST FUND FOR NORTHERN        )
    CALIFORNIA; and CARPENTERS TRAINING )
15  TRUST FUND FOR NORTHERN                )
    CALIFORNIA, and CARPENTERS 46          )
16  NORTHERN CALIFORNIA COUNTIES           )
    CONFERENCE BOARD for itself and on behalf )
17  of NORTHERN CALIFORNIA CARPENTERS )
    REGIONAL COUNCIL                       )
18                                         )
                    Plaintiffs,            )
19                                         )
          v.                               )
20                                         )
    ACOUSTICTEC, A California Corporation,  )
21                                         )
                    Defendant.             )
22  _____ )

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1    I am a citizen of the United States, and a resident of the State of California.  I am over the

2    age of eighteen years, and not a party to the within action.  My business address is 1001 Marina

3    Village Parkway, Suite 200, Alameda, California 94501-1091.  On May 12, 2008, I served upon

4    the following parties in this action:

5        Acoustictec
         2508 West Belmont
6        Fresno, CA  93728

7    copies of the document(s) described as:

8    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
     JUDGE**

9

10   **[X]    BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope,
         addressed as indicated herein, and caused each such envelope, with postage thereon fully
11       prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar
         with the practice of Weinberg, Roger & Rosenfeld for collection and processing of
12       correspondence for mailing, said practice being that in the ordinary course of business, mail
         is deposited in the United States Postal Service the same day as it is placed for collection.

13   **[ ]    BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a
         sealed envelope, addressed as indicated herein, and caused the same to be delivered by
14       hand to the offices of each addressee.

15   **[ ]    BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed
         herein in a sealed envelope, addressed as indicated herein, and placed the same for
16       collection by Overnight Delivery Service by following the ordinary business practices of
         Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice
17       of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery
         Service correspondence, said practice being that in the ordinary course of business,
18       Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service
         offices for next day delivery the same day as Overnight Delivery Service correspondence is
19       placed for collection.

20   **[ ]    BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax
         number(s) listed above or on the attached service list.

21
         I certify that the above is true and correct.  Executed at Alameda, California, on May 12,
22   2008.

23
                                    _/s/_____
24                                  Laureen D. Arnold

     117540/493268
25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

PROOF OF SERVICE
No.        C 08-01137-EMC