BARRY E. HINKLE, Bar No. 071223
KRISTINA L. HILLMAN, Bar No. 208599
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>ACOUSTICTEC, A California Corporation,<br><br>Defendant. | No. C 08-01137-EMC<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

TO:    THE CLERK OF THE COURT AND DEFENDANT GEOTECH CONSTRUCTION, INC., a California Corporation:

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case management conference scheduled for June 4, 2008 be continued for 90 days.

Pursuant to Federal Rule of Civil Procedure 4(e)(1), Plaintiffs served Defendant with the
---

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER]
Case No. C 08-01137-EMC

Complaint by substituted service under California Code of Civil Procedure section 415.20(b) on March 10, 2008, and mailed the Complaint to Defendant on March 12, 2008, for which service was deemed complete under CCP 415.20(b) on March 22, 2008. Plaintiffs filed the Proof of Service with this Court evidencing such service on March 24, 2008. Given that Defendant AcousticTec has not responded to the Complaint, Plaintiffs will be filing a Request for Entry of Default, followed by a Motion for Default Judgment. Plaintiffs anticipate setting a hearing date on or around August 6, 2008 for their motion.

The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: May 28, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____/s/_____
KRISTINA M. ZINNEN

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Kristina M. Zinnen in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management conference for 90 days, or as soon thereafter as a court date is available. In addition, the Court Orders:

Dated: _____

The Honorable Edward M. Chen
United States District Court Judge

117540/494845

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

- 2 -
EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER]
Case No. C 08-01137-EMC