BARRY E. HINKLE, Bar No. 071223
KRISTINA L. HILLMAN, Bar No. 208599
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>ACOUSTICTEC, A California Corporation,<br><br>Defendant. | No. C 08-01137-EMC<br><br>**DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

I, KRISTINA M. ZINNEN, declare as follows:

1.  I am an associate in the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, California, 94501-1091, the attorneys for Plaintiffs in this matter. I have knowledge of the facts stated in this Declaration and I could and would

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 08-01137-EMC

1  testify competently thereto.

2      2.    Plaintiffs timely served Defendant AcousticTec with the Complaint by substituted service under California Code of Civil Procedure section 415.20(b) on March 10, 2008, and mailed the Complaint to Defendant on March 12, 2008, for which service was deemed complete under CCP 415.20(b) on March 22, 2008. Plaintiffs filed the Proof of Service with this Court evidencing such service on March 24, 2008.

    3.    To date, Defendant has not responded to the Complaint or attempted to contact Plaintiffs regarding same.

    4.    Plaintiffs will be filing a Request for Entry of Default, followed by a Motion for Default Judgment. Plaintiffs anticipate setting a hearing date on or around August 6, 2008 for their motion.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2008

//s//
KRISTINA M. ZINNEN

117540/494877

- 2 -

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 08-01137-EMC