1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA L. HILLMAN, Bar No. 208599
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023
6
7  Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  THE BOARD OF TRUSTEES OF THE          ) No.    C 08-01137 EMC
    CARPENTERS HEALTH AND WELFARE         )
13  TRUST FUND FOR CALIFORNIA;            )
    CARPENTERS VACATION-HOLIDAY TRUST)
14  FUND FOR NORTHERN CALIFORNIA;         ) **PROOF OF SERVICE**
    CARPENTERS PENSION TRUST FUND FOR     )
15  NORTHERN CALIFORNIA; CARPENTERS       )
    ANNUITY TRUST FUND FOR NORTHERN       )
16  CALIFORNIA; and CARPENTERS TRAINING )
    TRUST FUND FOR NORTHERN               )
17  CALIFORNIA, and CARPENTERS 46         )
    NORTHERN CALIFORNIA COUNTIES          )
18  CONFERENCE BOARD for itself and on behalf )
    of NORTHERN CALIFORNIA CARPENTERS     )
19  REGIONAL COUNCIL                      )
                                          )
20                                        )
             Plaintiffs,                  )
21                                        )
          v.                              )
22                                        )
                                          )
23  ACOUSTICTEC, A California Corporation, )
                                          )
24            Defendant.                  )
                                          )
25  ———————————————————————————— )

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PROOF OF SERVICE
No.     C 08-01137-EMC

1    I am a citizen of the United States, and a resident of the State of California.  I am over the

2  age of eighteen years, and not a party to the within action.  My business address is 1001 Marina

3  Village Parkway, Suite 200, Alameda, California 94501-1091.  On May 28, 2008, I served upon

4  the following parties in this action:

5      Acoustictec
       2508 West Belmont
6      Fresno, CA  93728

7  copies of the document(s) described as:

8  **EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT**
9  **CONFERENCE; [PROPOSED] ORDER and DECLARATION OF KRISTINA M. ZINNEN**
   **IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE**
10 **MANAGEMENT CONFERENCE**

11 **[X]    BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope,
       addressed as indicated herein, and caused each such envelope, with postage thereon fully
12     prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar
       with the practice of Weinberg, Roger & Rosenfeld for collection and processing of
13     correspondence for mailing, said practice being that in the ordinary course of business, mail
       is deposited in the United States Postal Service the same day as it is placed for collection.
14

15 **[ ]    BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a
       sealed envelope, addressed as indicated herein, and caused the same to be delivered by
16     hand to the offices of each addressee.

17 **[ ]    BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed
       herein in a sealed envelope, addressed as indicated herein, and placed the same for
18     collection by Overnight Delivery Service by following the ordinary business practices of
       Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice
19     of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery
       Service correspondence, said practice being that in the ordinary course of business,
20     Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service
       offices for next day delivery the same day as Overnight Delivery Service correspondence is
21     placed for collection.

22 **[ ]    BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax
       number(s) listed above or on the attached service list.

23     I certify that the above is true and correct.  Executed at Alameda, California, on May 28,

24 2008.

25                        /s/
                        Laureen D. Arnold
26

27 117540/494958

28
                                    - 2 -

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PROOF OF SERVICE
No.      C 08-01137-EMC

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PROOF OF SERVICE
No.        C 08-01137-EMC