1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA L. HILLMAN, Bar No. 208599
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone (510) 337-1001
   Fax (510) 337-1023
6
7  Attorneys for Plaintiffs

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 THE BOARD OF TRUSTEES OF THE            ) No.   C 08-01137 EMC
   CARPENTERS HEALTH AND WELFARE           )
13 TRUST FUND FOR CALIFORNIA;              )
   CARPENTERS VACATION-HOLIDAY TRUST )
14 FUND FOR NORTHERN CALIFORNIA;           ) **PROOF OF SERVICE**
   CARPENTERS PENSION TRUST FUND FOR )
15 NORTHERN CALIFORNIA; CARPENTERS         )
   ANNUITY TRUST FUND FOR NORTHERN         )
16 CALIFORNIA; and CARPENTERS TRAINING )
17 TRUST FUND FOR NORTHERN                 )
   CALIFORNIA, and CARPENTERS 46           )
18 NORTHERN CALIFORNIA COUNTIES            )
   CONFERENCE BOARD for itself and on behalf )
19 of NORTHERN CALIFORNIA CARPENTERS )
   REGIONAL COUNCIL                        )
20                                         )
21         Plaintiffs,                     )
                                           )
22    v.                                   )
                                           )
23 ACOUSTICTEC, A California Corporation,  )
                                           )
24         Defendant.                      )
25 _____ )

26

27

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PROOF OF SERVICE
No.   C 08-01137-EMC

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 9, 2008, I served upon the following parties in this action:

> Acoustictec
> 2508 West Belmont
> Fresno, CA  93728

copies of the document(s) described as:

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER and DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

**[X]**   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]**   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct.  Executed at Alameda, California, on September 9, 2008.

                                 /s/
                                 Laureen D. Arnold

117540/504991

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PROOF OF SERVICE
No.       C 08-01137-EMC